UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-1087

MARTINA E. CLARK,

Plaintiff - Appellant,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, RURAL HOUSING SERVICE,

Defendant - Appellee.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Martin K. Reidinger,
District Judge.  (3:06-cv-00457-MR-DCK)

Submitted:  June 19, 2008              Decided:  June 23, 2008

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Martina E. Clark, Appellant Pro Se.  Jennifer Ann Youngs, OFFICE OF
THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Martina E. Clark appeals the district court's order dismissing her complaint in which she sought an injunction to stop a state court foreclosure proceeding. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Clark v. United States Dep't of Agriculture</u>, No. 3:06-cv-00457-MR-DCK (W.D.N.C. Oct. 22, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>